UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon Stanley R. Chesler |
| : | Criminal No. 06-0121 |
| v. : | |
| : | JUDGMENT AND ORDER ON |
| MICHAEL SARGESE : | VIOLATION OF PROBATION |
| : | |

THIS MATTER having come before the Court upon allegations that the defendant MICHAEL SARGESE (Peter Carter, Esq. appearing) violated certain conditions of supervised release imposed on or about January 20, 2010 in the District of New Jersey before the Honorable Stanley R. Chesler, U.S.D.J.; and the defendant, his counsel and the government (Jonathan W. Romankow, appearing) having appeared before this Court on November 16, 2011 on the violations alleged in the Amended Violation of Supervised Release Report dated November 15, 2011 (hereinafter the "Report"); and for good cause shown;

IT IS, on this 16 day of November, 2011;

ORDERED that the violations contained in the Report are hereby dismissed; and it is further

ORDERED that defendant MICHAEL SARGESE is hereby terminated from supervised release unsatisfactorily.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE